UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Alan R.M.,

      Petitioner,

v.

Todd Blanche, *Acting Attorney General*;
Markwayne Mullin, *Secretary, U.S.
Department of Homeland Security*; David
Venturella, *Acting Director of United States
Immigration and Customs Enforcement*;
David Easterwood, *Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement*; and Joel Brott, *Sheriff of
Sherburne County*,

      Respondents.

File No. 26-cv-3261 (ECT/DTS)

**ORDER**

---

Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") dated July 27, 2026. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 8] is **ACCEPTED**.

2.    Petitioner Alan R.M.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 4, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court